UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSLIM ADVOCATES,<br>      *Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br>      *Defendants*. | Civil Action No. 18-1967-RC |

**JOINT STATUS REPORT**

Defendants, the United States Department of Justice ("DOJ") and Immigration and Customs Enforcement ("ICE"), and Plaintiff, Muslim Advocates, each by its undersigned counsel, submit this joint status report in response to the Court's Minute Order dated October 12, 2018.

1. On August 23, 2018, Muslim Advocates filed a complaint alleging that DOJ and ICE had failed to respond to Freedom of Information Act ("FOIA") requests seeking records about "Operation Janus," which Muslim Advocates described as "a joint initiative between the DOJ and the U.S. Department of Homeland Security ("DHS"), where federal agencies reviewed the files of naturalized citizens for the purpose of identifying misrepresentations in their naturalization applications that could render American citizens eligible for denaturalization."

2. Defendants filed an answer on October 12, 2018, and by minute order that same day, the Court instructed the parties to "meet, confer, and jointly submit a proposed briefing schedule on or before October 26, 2018."

3. Defendants provide the following updates regarding their responses to Muslim Advocates' FOIA requests.

    a. <u>DOJ</u>. On September 24, 2018, Muslim Advocates agreed to narrow the scope of its FOIA request to the DOJ. The narrowed scope is reflected in an email from Hirsh

Kravitz of the DOJ to Nimra Azmi of Muslim Advocates. In particular, the narrowed scope excludes "individual case reports, summaries or communications pertaining to case specific information." The DOJ has conducted a search for records based on the narrowed scope and is currently in the process of uploading potentially responsive records to a review platform to facilitate the processing and release of responsive, nonexempt information. The DOJ does not know precisely how many potentially responsive records it will have to review until that upload is complete; but it estimates that it will make a final release in the next 30 days.

    b. <u>ICE</u>. Based on the Plaintiff's initial FOIA request, ICE has conducted a search, which produced 2,208 potentially responsive records. ICE is currently reviewing the nature of its search to determine if it will conduct additional searches. In the meantime, ICE will begin reviewing the potentially responsive records that it has already located at a rate of 500 pages per month and produce responsive, nonexempt records on a rolling basis, beginning on November 30, 2018, until its releases are complete. Plaintiffs, however, do not believe that 500 pages a month is an adequate processing rate.

  4. In light of Defendants' ongoing searches for and releases of records responsive to Muslim Advocates' FOIA request, the parties respectfully request that the Court defer the entry of a briefing schedule at this time and instead order the parties to submit another joint status report updating the Court on the status of Defendants' responses to Muslim Advocates' FOIA requests within 45 days: on or before <u>December 10, 2018</u>.

* * *

Respectfully submitted,

  /s/ Johnathan Smith
Johnathan Smith, D.C. Bar #1029373
Sirine Shebaya, D.C. Bar #1019748
Nimra H. Azmi[*†]
MUSLIM ADVOCATES
P.O. Box 34440
Washington, District of Columbia 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
johnathan@muslimadvocates.org
sirine@muslimadvocates.org
nimra@muslimadvocates.org

*Counsel for Plaintiff*

Dated: October 26, 2018

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendants*

---

[*] *application for* pro hac vice *admission forthcoming*

[†] admitted in New York only; supervised by members of the D.C. Bar