UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSLIM ADVOCATES,<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br>    *Defendants*. | Civil Action No. 18-1967-RC |

## JOINT STATUS REPORT

Defendants, the United States Department of Justice ("DOJ") and Immigration and Customs Enforcement ("ICE"), and Plaintiff, Muslim Advocates, each by its undersigned counsel, submit this joint status report in response to the Court's minute order dated April 8, 2019.

1. On August 23, 2018, Muslim Advocates filed a complaint alleging that DOJ and ICE had failed to respond to its Freedom of Information Act ("FOIA") requests seeking records about "Operation Janus," which Muslim Advocates described as "a joint initiative between the DOJ and the U.S. Department of Homeland Security ('DHS'), where federal agencies reviewed the files of naturalized citizens for the purpose of identifying misrepresentations in their naturalization applications that could render American citizens eligible for denaturalization."

2. Both DOJ and ICE have now completed their releases to Muslim Advocates, and the parties are in the process of conferring to determine what, if any, issues remain to be litigated in this case. The parties propose to file another joint status report on or before September 6, 2019, informing the Court of the status of their discussions and proposing a schedule for further proceedings.

Respectfully submitted,

| | |
|---|---|
| /s/ Sirine Shebaya<br>Sirine Shebaya, D.C. Bar #1019748<br>MUSLIM ADVOCATES<br>P.O. Box 34440<br>Washington, District of Columbia 20043<br>Telephone: (202) 897-2622<br>Facsimile: (202) 508-1007<br>sirine@muslimadvocates.org<br>nimra@muslimadvocates.org<br><br>*Counsel for Plaintiff* | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: July 19, 2019