UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSLIM ADVOCATES,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 18-1967-RC |

## JOINT STATUS REPORT

  Defendants, the United States Department of Justice and Immigration and Customs Enforcement, and Plaintiff, Muslim Advocates, each by its undersigned counsel, submit this joint status report in response to the Court's minute order dated December 16, 2019.

  1. On August 23, 2018, Muslim Advocates brought this lawsuit alleging that DOJ and ICE had failed to respond to its Freedom of Information Act ("FOIA") requests seeking records about "Operation Janus," which Muslim Advocates described as "a joint initiative between the DOJ and the U.S. Department of Homeland Security ('DHS'), where federal agencies reviewed the files of naturalized citizens for the purpose of identifying misrepresentations in their naturalization applications that could render American citizens eligible for denaturalization."

  2. By communications dated January 13, 2020, the parties agreed that they had resolved all disputes concerning Defendants' response to Plaintiff's FOIA requests, and Plaintiff made a demand for attorneys' fees and costs. The parties will confer to determine whether Plaintiff's demand for fees and costs can be resolved without further litigation. The parties propose to file another joint status report on or before <u>February 12, 2020</u>, informing the Court of the status of their discussions and proposing a schedule for further proceedings if necessary.

Respectfully submitted,

  /s/ Matthew Callahan
Matthew Callahan, D.C. Bar # 888324879
Nimra H. Azmi*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, District of Columbia 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
matthew@muslimadvocates.org
nimra@muslimadvocates.org

*Counsel for Plaintiff*

*Admitted *pro hac vice*

Dated: January 13, 2020

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendants*